**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHELSEA LAUREN GARFIELD,

Plaintiff,

v. Case No. 3:24-cv-287-TJC-MCR

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and JPMORGAN CHASE BANK, N.A.,

Defendants.

---

# ORDER

Upon review of the Joint Stipulation of Dismissal with Prejudice as to Trans Union LLC (Doc. 36), filed on July 8, 2024, the case against Trans Union LLC is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of July, 2024.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record