**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHELSEA LAUREN GARFIELD,

Plaintiff,

Case No. 3:24-cv-287-TJC-MCR

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and JPMORGAN CHASE BANK, N.A.,

Defendants.

---

**O R D E R**

Upon review of Plaintiff's Notices of Voluntary Dismissal (Docs. 38 and 39), filed on July 19 and 29, 2024, respectively, this case is dismissed with prejudice as to Equifax Information Services LLC and Experian Information Solutions, Inc.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of July, 2024.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record