**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHELSEA LAUREN GARFIELD,

Plaintiff,

Case No. 3:24-cv-287-TJC-MCR

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

---

## **O R D E R**

Upon review of the Stipulation of Dismissal as to JPMorgan Chase Bank, N.A. (Doc. 44), filed on September 12, 2024, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of September, 2024.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record